634 A.2d 518

STEVEN CIVALIER, ETC., ET AL. v. THE
ESTATE OF MARGARET TRANCUCCI,
ET AL. AND WAWA, INC.

September 23, 1993.

ORDER

Leave to appeal is granted.